UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS L. ALTIMAS, et al.,

          Plaintiffs,

-vs-                                    Case No.  2:09-cv-682-FtM-36SPC

RUSSELL WHITNEY, et al.,

          Defendants.
_____/

**ORDER**

This matter comes before the Court on the Plaintiffs' Motion for Enlargement of Remaining Case Management Deadlines (Doc. #136) filed on February 7, 2011.  The Parties are in agreement that the deadlines in this case should be extended by six months.  The Court will grant the Parties an extension of time, but only for three months.

Accordingly, it is now

**ORDERED:**

The Plaintiffs' Motion for Enlargement of Remaining Case Management Deadlines (Doc. #136) is **GRANTED in part**.  The deadlines in this case are amended as follows:

| **Disclosure of Expert Reports** | | |
|---|---|---|
| | **Plaintiff** | **MAY 8, 2011** |
| | **Defendant** | **JUNE 7, 2011** |
| **Discovery Deadline** | | **JULY 5, 2011** |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | | **AUGUST 4, 2011** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | | **OCTOBER 20, 2011** |

| | |
|---|---|
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form** | **OCTOBER 31, 2011** |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | **OCTOBER 31, 2011** |
| **Final Pretrial Conference**                    Date: Time: Judge: | **NOVEMBER 21, 2011** 1:30 P.M. Charlene E. Honeywell |
| **Trial Term Begins** [Trials Before Magistrate Judges Begin on Date Certain] | **DECEMBER 5, 2011** 9:00 A.M. |
| **Estimated Length of Trial** | **45 days** |
| **Jury/Non Jury** | **Jury** |

**All other deadlines remain unchanged.**

    **DONE AND ORDERED** at Fort Myers, Florida, this ___10th___ day of February, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record